IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02552-RPM

EILEEN MACOOL,

     Plaintiff,
v.

TROY T. HAYES and
OLD DOMINION FREIGHT LINE, INC.,

     Defendants.

_____

ORDER OF REMAND
_____

     This civil action was removed from the District Court, Denver County, Colorado, by a notice of removal filed by Defendant Old Dominion Freight Line, Inc., on October 20, 2010.  On November 9, 2010, the plaintiff filed a motion to remand because of incomplete diversity in that Troy T. Hayes, a named defendant, is a resident of Colorado.  On November 30, 2010, Old Dominion Freight Line, Inc., filed its response, admitting that fact but asserting that because Troy T. Hayes has not been served as of the time of the defendant's removal, and if he is not served, diversity would exist.  Accordingly, the defendant asks that this matter be remanded only on condition that Troy T. Hayes be served as a defendant.  There is no procedure for attaching such a condition to a remand and as moving defendant notes, if Troy T. Hayes is not served within the time permitted under Colorado law, the case may again be removed.  It is now

ORDERED that this civil action is remanded to the District Court, Denver County, Colorado.

DATED: December 23rd, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge